IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHINSTAR LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 25-cv-12854 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, ShinStar LLC ("Plaintiff") hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

   ShinStar LLC
   1942 Broadway Street, Suite 314C
   Boulder, Colorado 80302

   The Partnerships and Unincorporated Associations Identified on Schedule "A"
   Addresses Unknown

2. U.S. Registration upon which suit has been brought:

   | Registration No. | Trademark |
   |---|---|
   | 7,902,874<br>7,902,877 | SPRUNKI |

Dated this 21st day of October 2025.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*