AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:25-cv-12854 **DATE FILED** 10/21/2025 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| ShinStar LLC | The Partnerships Identified The Partnerships and Unincorporated Associations Identified on Schedule A on Schedule A |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Perez | 10/22/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VAu 1-556-801

**Effective Date of Registration:**
February 11, 2025
**Registration Decision Date:**
June 17, 2025

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

    **Title of Group:** Wenda(White) and 5 Other Unpublished Works

    **Content Title:** Wenda(White)
    Brud(Brown)
    Clukr(Silver)
    Durple(Purple)
    FunBot
    Jevin(Blue)

### Completion/Publication

    **Year of Completion:** 2024

### Author

-     **Author:** ShinStar LLC
    **Author Created:** 2 Dimensional Artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States

### Copyright Claimant

    **Copyright Claimant:** ShinStar LLC
    1942 Broadway St. STE 314C, Boulder, CO, 80302, United States

### Certification

    **Name:** Tony Tsai
    **Date:** February 11, 2025

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |

Basis for Registration: Registration is based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).