IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHINSTAR LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 25-cv-12854<br><br>**Judge John J. Tharp Jr.**<br><br>**Magistrate Judge Albert Berry, III** |

## PLAINTIFF'S RESPONSE TO COURT ORDER [15]

Plaintiff ShinStar LLC ("Plaintiff") responds to the Court's Order [15] as follows:

1. Plaintiff hereby provides the following list of prior online trademark, copyright, or patent infringement cases (also referred to by the Court as "Schedule A" cases) in any court of the United States in which it was a plaintiff:

| Court | Case Number | Case Title |
|---|---|---|
| Illinois Northern District Court | 25cv12695 | ShinStar LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| Illinois Northern District Court | 25cv12728 | ShinStar LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| Illinois Northern District Court | 25cv12839 | ShinStar LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

Plaintiff hereby certifies that none of the Defendants included in Schedule A to the Complaint [2] or Schedule A to the Amended Complaint [18] in this case have been previously named as a defendant in any prior complaint or Schedule A case filed by Plaintiff.

Dated this 23rd day of October 2025.  Respectfully submitted,

<u>/s/ Justin R. Gaudio</u>
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*